**APTIX CORPORATION,**
**Plaintiff/Counterclaim**
**Defendant–Appellee,**

**and**

**META SYSTEMS, INC.,**
**Plaintiff/Counterclaim**
**Defendant–Appellee,**

**Mentor Graphics Corporation, Counterclaim Defendant– Appellees,**

v.

**Quickturn Design Systems, Inc., Defendant/Counterclaimant– Appellant.**

No. 00–1323.

United States Court of Appeals, Federal Circuit.

June 8, 2001.

Before MAYER, Chief Judge, RADER and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.